[Nos. 32125-1-I; 33787-4-I.   Division One.   October 24, 1994.]


THE STATE OF WASHINGTON, *Respondent*, v. DONALD E. JOHNS, *Appellant*.

Appeals from judgments of the Superior Court for Snohomish County, No. 92-1-01324-4, Richard J. Thorpe, J., entered December 28, 1992, and November 1, 1993. *Affirmed* by unpublished per curiam opinion.


[Nos. 32094-7-I; 34840-0-I.   Division One.   October 24, 1994.]


THE STATE OF WASHINGTON, *Respondent*, v. TYLER KEITH JEFFERSON, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 92-1-04347-1, Ricardo S. Martinez, J., entered January 11, 1993. *Dismissed* by unpublished per curiam opinion.


[No. 32093-9-I.   Division One.   October 24, 1994.]


THE STATE OF WASHINGTON, *Respondent*, v. GERARDO G. CONTRERAS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-00848-8, Kathryn E. Trumbull, J., entered December 10, 1992. *Affirmed* by unpublished per curiam opinion.


[No. 34158-8-I.   Division One.   October 24, 1994.]


THE STATE OF WASHINGTON, *Respondent*, v. NICK S. SOLOMON, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 93-8-00838-2, Frank A. Morrow, J. Pro Tem., entered January 19, 1994. *Dismissed* by unpublished per curiam opinion.